**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| DAVID PULKRABEK, BARBARA RAINEY, ANDREW SCHWAB, WESLEY DICKMAN, and WHITNEY DICKMAN, on their own behalf and on Behalf of a class of similarly situated individuals, <br><br> *Plaintiffs*, <br><br> v. <br><br> TOYOTA MOTOR SALES, U.SA., INC. and TOYOTA MOTOR NORTH AMERICA, INC., <br><br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> Case No. 2:20-cv-00036-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines Pending Preliminary Approval and Notice of Settlement filed by Plaintiffs David Pulkrabek, Barbara Rainey, Andrew Schwab, Ken Ly, Wesley Dickman, and Whitney Dickman and Defendants Toyota Motor Sales, U.S.A. Inc., and Toyota Motor North America, Inc. **Dkt. No. 67**. The parties' Motion notifies the Court that all matters in controversy have been resolved on a classwide basis between the parties and the parties therefore request that all current deadlines be stayed until the Court has ruled upon the Motion for Preliminary Approval.

After due consideration, the Court **GRANTS** the parties' Motion. It is therefore **ORDERED** all deadlines in the above-captioned matter are hereby **STAYED** until the Court has ruled upon the Motion for Preliminary Approval.

**SIGNED this 23rd day of June, 2021.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE