IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAVID PULKRABEK, BARBARA RAINEY, ANDREW SCHWAB, WESLEY DICKMAN, and WHITNEY DICKMAN, on their own behalf and on Behalf of a class of similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.SA., INC. and TOYOTA MOTOR NORTH AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:20-cv-00036-JRG-RSP |

## ORDER

The Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 65) is hereby set for oral argument on Thursday, August 5, 2021 at 10:00 a.m. before the undersigned. Counsel for each of the parties, as well as the Objectors (Dkt. No. 75), is expected to appear and provide argument.

**SIGNED this 19th day of July, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE