IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAVID PULKRABEK, BARBARA RAINEY, ANDREW SCHWAB, WESLEY DICKMAN, and WHITNEY DICKMAN, on their own behalf and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., and TOYOTA MOTOR NORTH AMERICA, INC.,<br><br>    Defendants. | **JOINT STIPULATION REGARDING SETTLEMENT AGREEMENT, LONG FORM NOTICE, PROPOSED PRELIMINARY APPROVAL ORDER, AND PROPOSED FINAL ORDER**<br><br>Case No.  2:20-cv-00036-JRG-RSP |

Plaintiffs, individually and on behalf of all others similarly situated, Defendants Toyota Motor Sales, U. S.A. Inc. and Toyota Motor North America, Inc. (collectively the "Parties"), and Objectors Marco Fernandez, Neil DiBiase, Adolfo Muccillo, Louis Gentile, Ken Hulme, Kimberly Hulme, Brennen Mulcahy, Domenico Colabraro, Jedediah Clawson, Richard Wagner, Scott Barden, Richard DeLuca, Andrew Hamblen, Denny Brand, Barbara Brand, Philip Martin, Sarah Kessler, Margaret Louie, Angelo Markatos, Jonathan Pool, Matthew Kahn, Kaitlin Cirulli, Chad Simmons, Serge Perry, Lonnie Birchfield, Paul McPhie, Suzanne Hakes, Douglas Phillips, Kelly Kafeyan, Yuriy Genzel, and Kirk Arellano ("Objectors"), by and through their counsel, hereby stipulate as follows:

**IT IS HEREBY STIPULATED** that, in light of the statements made by the Court at the Preliminary Approval Hearing held on September 17, 2021, and clarifying Plaintiffs' allegations and the scope of the proposed class action settlement, the Parties hereby submit (i) a Settlement

Agreement (Exhibit A) and redline to what was submitted to the Court on June 21, 2021 (Exhibit B), (ii) a Long Form Notice (Exhibit C) and redline to what was submitted to the Court on June 21, 2021 (Exhibit D), (iii) a Proposed Preliminary Approval Order (Exhibit E) and redline to what was submitted to the Court on June 21, 2021 (Exhibit F), (iv) a Proposed Final Order (Exhibit G) and redline to what was submitted to the Court on June 21, 2021 (Exhibit H).

**IT IS FURTHER STIPULATED** that, with these changes to the Settlement Agreement, Long Form Notice, Proposed Preliminary Approval Order, and Proposed Final Order and Plaintiffs' filing of the Third Amended Complaint in this Action, Objectors withdraw their objection filed June 28, 2021 (Dkt. Nos. 73 and 75).

**IT IS SO STIPULATED.**

          Respectfully submitted

          By: _Bonner C. Walsh by permission_
          _Charles Everingham IV_

          Bonner C. Walsh (TX Bar No. 24051766)
          **WALSH PLLC**
          1561 Long Haul Road
          Grangeville, ID 83530
          Telephone: 541/359-2827
          Facsimile: 866/503-8206
          bonner@walshpllc.com

          Timothy G. Blood (pro hac vice)
          Jennifer L. MacPherson (pro hac vice)
          BLOOD HURST & O'REARDON, LLP
          501 West Broadway, Suite 1490
          San Diego, CA 92101
          Telephone: 619/338-1100
          Facsimile: 619/338-1101
          tblood@bholaw.com
          lhurst@bholaw.com
          jmacpherson@bholaw.com

Ben Barnow (pro hac vice)
BARNOW AND ASSOCIATES, P.C.
205 W. Randolph Street, Suite 1630
Chicago, IL 60602
Telephone: 312/621-2000
Facsimile: 312/641-5504
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
aparkhill@barnowlaw.com

Matthew D. Schelkopf (pro hac vice)
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: 610/200-0581
Facsimile: 610/421-1326
mds@sstriallawyers.com

Charles Everingham IV (TX Bar No. 00787447)
Claire Henry (TX Bar No. 24053063)
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, TX 75606
Telephone: 903/757-6400
Facsimile: 903/757-2323
ce@wsfirm.com
claire@wsfirm.com

Craig R. Heidemann (pro hac vice)
Nickolas W. Allen (pro hac vice)
DOUGLAS, HAUAN & HEIDEMANN, PC
901 E. St. Louis, Suite 1200
Springfield, MO 65806
Telephone: 417/887-4949
Facsimile: 417/887-8618
craig@dhhlawfirm.com
nick@dhhlawfirm.com

*Attorneys for Plaintiffs*

By: *John P. Hooper by permission*
*Charles Everingham IV*
John P. Hooper (Admitted Pro Hac Vice)
1185 Avenue of the Americas, FL 34
New York, NY 10036

Telephone: (212) 556-2000
Facsimile: (212) 556-2222
jhooper@kslaw.com

Jahmy S. Graham (Admitted Pro Hac Vice) (CA Bar No. 300800)
Matthew G. Lindenbaum (Admitted Pro Hac Vice) (MA Bar No. 670007)
NELSON MULLINS RILEY & SCARBOROUGH LLP
Pacific Gateway
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: 424.221.7400
Facsimile: 424.221.7499
jahmy.graham@nelsonmullins.com
matthew.lindenbaum@nelsonmullins.com

Michael Smith (Texas Bar # 18650400) - Local Counsel
SCHEEF & STONE, LLP
113 East Austin Street, Marshall, Texas 75670
Telephone: 903.938.8900
Michael.Smith@solidcounsel.com
*Attorneys for Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor North America, Inc.*

By: *Noah M. Schubert by permission Charles Everingham IV*
Noah M. Schubert (No. 278696) (*Admitted pro hac vice*)
Robert C. Schubert (No. 62684)
Miranda P. Kolbe (No. 214392)
Kathryn Y. McCauley (No. 265803)
Schubert Jonckheer & Kolbe LLP
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Telephone: 415.788.4220
Facsimile: 415.788.0161
rschubert@sjk.law
nschubert@sjk.law
mkolbe@sjk.law
kmccauley@sjk.law

4

> *Attorneys for Objectors Marco Fernandez, Neil DiBiase, Adolfo Muccillo, Louis Gentile, Ken Hulme, Kimberly Hulme, Brennen Mulcahy, Domenico Colabraro, Jedediah Clawson, Richard Wagner, Scott Barden, Richard DeLuca, Andrew Hamblen, Denny Brand, Barbara Brand, Philip Martin, Sarah Kessler, Margaret Louie, Angelo Markatos, Jonathan Pool, Matthew Kahn, Kaitlin Cirulli, Chad Simmons, Serge Perry, Lonnie Birchfield, Paul McPhie, Suzanne Hakes, Douglas Phillips, Kelly Kafeyan, Yuriy Genzel, and Kirk Arellano*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2021, a copy of the foregoing document was electronically filed with the United States District Court, Eastern District of Texas, via the Court's CM/ECF filing system, which will send notification of such filing to counsel of record, on October 14, 2021.

> */s/ Bonner C. Walsh w/ permission Charles Everingham IV*
> Bonner C. Walsh