# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DAVID PULKRABEK, BARBARA RAINEY, ANDREW SCHWAB, WESLEY DICKMAN, and WHITNEY DICKMAN, on their own behalf and on Behalf of a class of similarly situated individuals,<br>    *Plaintiffs*,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.SA., INC. and TOYOTA MOTOR NORTH AMERICA, INC.,<br>    *Defendants*. | Case No. 2:20-cv-00036-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiffs David Pulkrabek, Barbara Rainey, Andrew Schwab, Wesley Dickman, Whitney Dickman, and Ken Ly, individually, and Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor North America, Inc. (Dkt. No. 94.) In the Motion, the parties request dismissal with prejudice of all claims in this case.

Having considered the Motion, and in light of its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, all pending claims and causes of action in this action are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 8th day of February, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE